UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 09-79442-WSD
JEFFREY J NAJDUK  JUDGE WALTER SHAPERO
LORI A NAJDUK, Debtor(s).
_____/

## ORDER DISALLOWING PROOF OF CLAIM OF
## ST. JOSEPH MERCY (MMCC)., PACER CLAIM #13

The Trustee's Objection to the allowance of the Proof of Claim by **ST. JOSEPH MERCY (MMCC)., PACER CLAIM #13** and service having been with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, that more than seven (7) days before the hearing date on Trustee's objection have elapsed and no written response to the Trustee's Objection have been timely filed and served; that pursuant to E.D. Mich. L.B.R. 3007-1(c) this Court may deem that the creditor consents to the relief requested in the objection;

**IT IS HEREBY ORDERED THAT**:

The objection to the Proof of Claim filed by the Chapter 13 Standing Trustee is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

**IT IS FURTHER ORDERED** that the claim of **ST. JOSEPH MERCY (MMCC)., PACER CLAIM #13** filed on July 23, 2010 shall be disallowed.

.

```
Signed on September 27, 2010
                              ____ ___/s/ Walter Shapero_   ____
                                   Walter Shapero
                                   United States Bankruptcy Judge
```